IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAAL A. McNEIL | ) | 8:07CV149 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

After due consideration,

IT IS ORDERED that the plaintiff's pending, post-judgment motions (filings 38, 39, 40, 41, 42, and 43) are denied.

September 10, 2008.        BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge