IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAAL A. MCNEIL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV149 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| STATE OF NEBRASKA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the Clerk of Court shall file Judge Kopf's October 1, 2008 letter and attachment to Michael Gans in the court file.

October 1, 2008.        BY THE COURT:

                                    *S/Richard G. Kopf*
                                    United States District Judge