IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAAL A. MCNEIL, | ) | 8:07CV149 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, ROBERT V. BURKHARD, District Court Judge, NEBRASKA COURT OF APPEALS, LAURA PETERSON, State Risk Manager, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and NEBRASKA COMMISSION LAW ENFORCEMENT AND CRIMINAL JUSTICE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's Motion for Leave to File a Motion for Writ of Mandamus. (Filing No. 58.) The court dismissed this matter without prejudice and entered Judgment on January 31, 2008. (Filing Nos. 29 and 30.)

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File a Motion for Writ of Mandamus (filing no. 58) is denied as moot.

DATED this 4th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.